THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BRIDGEFORTH, Appellant.

Submitted May 4, 2015; decided May 7, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERETT M. DURANT, Appellant.

Submitted May 4, 2015; decided May 7, 2015

Motion by The Innocence Project for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.